STATE OF NEW JERSEY v. DAVID LAMBERT, JR.

March 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. CAROL MAXEY.

March 29, 1985.

Petition for certification denied.

RENE RACLI AND ROSALIE RACLI v. HENRY KING, M.D.

March 29, 1985.

Petition for certification denied.

FELIX LOUIS LUGO v. TOWNSHIP OF FRANKLIN.

March 29, 1985.

Petition for certification denied.